UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*MOTION GRANTED; Hearing reset for Thursday, February 9, 2017, at 1:30 p.m.*

*Kevin H. Sharp*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00197 |
| | ) | CHIEF JUDGE SHARP |
| REGINALD MAURICE LYONS | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Reginald Lyons, through undersigned counsel, hereby moves this Honorable Court for an order continuing the sentencing hearing that is presently set for Thursday, January 26, 2017, at 2:00 PM, for a period of approximately two weeks. Undersigned counsel discussed this motion with Assistant United States Attorney Amanda Klopf, and she has authorized undersigned counsel to represent to this Court that the government is not opposed to the requested continuance. Undersigned counsel needs additional time in order to complete his investigation into certain matters raised in the Presentence Investigation Report and to prepare for the sentencing hearing. Undersigned counsel believes that he can complete his investigation and can be prepared to proceed with the sentencing hearing if it is continued for approximately two weeks and that no further continuances will be necessary.

Wherefore, the defendant respectfully requests that this Court continue the sentencing hearing that is presently set for January 26, 2017, for approximately two weeks. The parties are available to conduct the sentencing hearing on February 7 or February 9, 2017, if those dates are convenient for this Court. For this Court's scheduling purposes, undersigned counsel believes that the sentencing hearing can be conducted in approximately one hour.

Respectfully submitted,

s/ *R. David Baker*
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047