Prob 12A - EZ
(02/2017)

# United States District Court
for
## Middle District of Tennessee

### Memo on Offender Under Supervision

Name of Offender: <u>Reginald Maurice Lyons</u>  Case Number: <u>3:14-CR-00197-1</u>

Name of Current Judicial Officer: <u>Honorable William L. Campbell, Jr., Chief U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable Marvin E. Aspen, U.S. District Judge</u>

Original Offense(s): <u>21 U.S.C. § 841(a)(1) Distribution and Possession with Intent to Distribute Crack Cocaine and Cocaine (Ct. 1) and 21 U.S.C. § 860 Distribution and Possession with Intent to Distribute Crack Cocaine Within 1,000 Feet of Public Housing (Cts. 2-4)</u>

Original Sentence: <u>140 months' custody followed by six years' supervised release</u>

Date Supervision Commenced: <u>February 27, 2024</u>

---

### ALLEGED VIOLATIONS

Mr. Lyons recently tested positive for illegal drug use. The probation office is addressing the matter and is not recommending any further action from the Court at this time.

| <u>Date of Drug Test</u> | <u>Drug Indicated on Test</u> | <u>Admitted Use</u> |
|---|---|---|
| 01/08/2025 | Cocaine | Yes |

The offender:

- ☒ Has been referred for substance abuse treatment
- ☐ Continues to receive and participate in substance abuse treatment
- ☐ Will participate in an increased frequency of substance abuse treatment
- ☐ Has been placed on a formal random drug testing program
- ☒ Continues to be enrolled in a formal random drug testing program
- ☒ Will be subject to an increased frequency of random drug tests

Mr. Lyons is aware of the ramifications set forth in 18 U.S.C. § 3583g (1), (3), and (4) and if drug use persists, despite treatment and testing efforts, the probation office will seek further action before the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted this 13th day of January, 2025.

Approved by:

_____    _____
Douglas Murphy                                             Abigail Smith
United States Probation Officer                     Supervisory U.S. Probation Officer

☒ No further action at this time
☐ Submit a petition for a summons
☐ Other

_____           _____1/14/2025_____
Honorable William L. Campbell, Jr.                Date
Chief United States District Judge